IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JASPER JAMES,

Plaintiff,

v.

ABBOTT LABORATORIES, INC.

Defendant.                                              No. 13-cv-00082-DRH-DGW

### REASSIGNMENT ORDER

**HERNDON, Chief Judge:**

This case comes before the Court for case management. The Court reassigns the above case to Judge Murphy and Magistrate Judge Frazier.

**IT IS SO ORDERED.**

Signed this 8th day of March, 2013.

Digitally signed by
David R. Herndon
Date: 2013.03.08
09:57:47 -06'00'

Chief Judge
United States District Court